```
                                          FILED
                                       2007 SEP 20  PM 4: 02
                                       CLERK US DISTRICT COURT
                                       SOUTHERN DISTRICT OF CALIFORNIA

                                       BY____CP_____DEPUTY
```

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>MARC DAVID LEVINE (01),<br><br>                Defendant. | Criminal Case No. 01cr1415-001-BTM<br><br>ORDER RE: CJA VOUCHER |

This matter came before the court on the application of Benjamin Lechman, Esq., for approval of his two CJA vouchers in the amount of $9,300.20 in fees, plus expenses in the amount of $180.69, and, $3,224.20 in fees, respectively, for representing a defendant in the above-captioned case.  18 U.S.C. § 3006A(d)(2) provides that the maximum fee for representation of a defendant is $7,000.00 unless the court finds that the representation was extended or complex.

After reviewing the record and Mr. Lechman's letter dated August 1, 2007, which is attached to the voucher, the court finds that the representation was in an extended or complex case and that the amount requested is necessary to provide fair compensation.  <u>See</u> 18 U.S.C. § 3006(A)(d)(3).  This case involved resentencing on remand under the advisory Sentencing Guidelines.  The court originally imposed a sentence in excess of 24 years and substantial work had to be done to research similar cases so there would not be an unwarranted sentencing disparity.  The sentencing record consisted of several volumes of material.  Therefore the district court approves the combined vouchers in the amount of $12,524.40 in fees, plus $180.69 in expenses, for a total of $12,705.09.

1       Approval of such payment by the Chief Judge of the Ninth Circuit, or one of her
2 delegates, is also necessary.
3     **IT IS SO ORDERED**.
4     Dated: September 18, 2007

                                          HONORABLE BARRY TED MOSKOWITZ
                                                 United States District Judge